**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   18-20953-CR-COOKE**

**UNITED STATES OF AMERICA**

**v.**

**TERRANCE REYNOLDS,**

**Defendant.**
_____/

**GOVERNMENT WITNESS LIST**

      The United States submits the following exhibit list for the trial of the above-captioned matter.

1. Michael Burcks
2. Yandro Lopez-Malpica
3. Andre Lopez
4. Leandro Matos-Garcia
5. Francisco Bonilla-Rodriguez
6. Brendan Butler
7. Correctional Officer Alicia Owens-Wallace
8. Correctional Officer Tanya McLeod (former)
9. Correctional Officer Judson Leopold
10. Correctional Officer Tanaisha Clarke
11. Captain Jose Navarro
12. FDOC IG Senior Inspector George Montenegro
13. Dr. Gerardo Pedroza
14. Luke Moravek
15. FBI Special Agent Maria Houser
16. FBI Agent Willie Creech
17. FBI Staff Operations Specialist Fabio Marchitelli

18. Nurse Crissy Leann Kirkland
19. Nurse Kristina Zebley
20. Correctional Officer Camus Arne
21. Correctional Officer Latasha Walker

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL

*s/ Robert K. Senior*
ROBERT K. SENIOR
Assistant United States Attorney
Florida Bar No. 779407
99 N.E. 4th Street, 8th Floor
Miami, Florida 33172-2111
Tel: (305) 961-9291
Fax: (305) 530-7087
robert.senior@usdoj.gov

*s/ Samantha Trepel*
SAMANTHA TREPEL
Trial Attorney, Civil Rights Division
Court ID No. A5501689
950 Pennsylvania Avenue NW, PHB
Washington, DC   20530
Tel: (202) 305-3204
Fax: (202) 514-8336
samantha.trepel@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

*s/ Samantha Trepel*
SAMANTHA TREPEL
Trial Attorney

*s/ Robert K. Senior*
ROBERT K. SENIOR
Assistant United States Attorney