IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE No.:   18-20953-CR-COOKE

UNITED STATES OF AMERICA,

vs.

TERRANCE REYNOLDS,
         Defendant.
_____/

## DEFENSE WITNESS LIST

PURSUANT TO THIS COURT'S trial scheduling order, the following is a list of potential defense witnesses.

1. Michael Burcks
2. Tanaisha Clarke
3. Andre Lopez
4. Tanya McLeod
5. Alicia Owens-Wallace
6. Gerardo Pedroza
7. Latosha Walker
8. Kristina Zebley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties via the ECM/ECF system on June 5, 2019.

         Respectfully submitted,

         **VALIENTE LAW, P.A.**
         *Attorneys for Defendant*
         701 BRICKELL AVE. – STE. 2000
         MIAMI, FLORIDA 33131
         (786) 361-6887 / F: (786) 551-6300
         antonio@valientelaw.com
         eservice@valientelaw.com

         BY: /s/ Antonio F. Valiente
             Antonio F. Valiente, Esq.
             FL BAR NO.: 81999