GENERAL ALL

1) INTERVEIW NOTES FROM F.B.I W/REYNOLDS.
2) WHY DID ANDRE LOPEZ NOT TESTIFY.
3) BUTLER'S TESTIMONY TRANSCRIPT
4) IS THERE A RULE THAT PREVENTS OFFICE FROM TAKING INMATE INTO BROOM CLOSET?
   a) OUT OF VIEW
5) WHY DID THE OTHER FBI OFFICER (TAKE NOTES) NOT TESTIFY?
6) WAS THERE AN OFFICER IN THE BUBBLE ON 03/28/2017 DURING THE INCIDENT WITH BURKS?
   a) IF SO, WHY HE/SHE NOT TESTIFY?
7) ARE INTIMIDATION TACTIC'S PART OF THE TRAINING?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20953CR-COOKE

UNITED STATES OF AMERICA

Vs.

TERRANCE REYNOLDS,

    Defendants.
_____/

## RESPONSE FROM THE COURT TO THE JURY

Ladies and Gentlemen,

You must consider only the evidence that I have admitted in this case. Evidence includes the testimony of the witnesses and the admitted exhibits.

Your own recollection and interpretation of the evidence is what matters.

Interview notes from the FBI with Mr. Reynolds were not admitted.

There is no available transcript of Mr. Butler's testimony.

Please review the instructions on pages 3 and 4.

Date: 9/19/19 3:54pm

MARCIA G. COOKE
U.S. DISTRICT JUDGE

Did the IG or any other government agency interview Reynolds.

9/20/19
2:42 p.m.

9/20/19 2:03 p.m.

Judge Cooke,

We as a jury would like more clarification on the instructions. We would also like more instructions as well as clarification in regards to circumstantial evidence.

Thank You!

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20953CR-COOKE

UNITED STATES OF AMERICA

Vs.

TERRANCE REYNOLDS,

    Defendants.
_____/

## RESPONSE FROM THE COURT TO THE JURY

Ladies and Gentlemen,

Evidence can come in many forms. It can be testimony about what someone saw or heard or smelled. It can be an exhibit admitted into evidence. It can be someone's opinion. Some evidence proves a fact indirectly, such as a witness who saw wet grass outside and people walking into the courthouse carrying wet umbrellas. Indirect evidence, sometimes called circumstantial evidence, is simply a chain of circumstances that proves a fact. As far as the law is concerned, it makes no difference whether evidence is direct or indirect. You may choose to believe or disbelieve either kind and should give every piece of evidence whatever weight you think it deserves.

Date: 9/20/19 3:05pm

MARCIA G. COOKE
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20953-CR-COOKE

UNITED STATES OF AMERICA

Vs.

TERRANCE REYNOLDS,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We the Jury, cannot reach a unanimous decision.

Date: 9/24/19
Time: 11:44 a.m.

FOREPERSON