# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 1/8/20     Time: 10:00 a.m.

Defendant: TERRANCE REYNOLDS(B)     J#: 19478-104     Case #: 18-20953-CR-COOKE
AUSA: *Mackenzie Duane*     Attorney: ANTONIO VALIENTE
Violation: CONSPIRACY AGAINST RIGHTS/DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
Proceeding: Arraignment on Superseding Indictment     CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: _____
Bond Set at: $100K PSB     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:

*Arraigned*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:00:56     Time in Court: 2 min.