UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20953-CR-COOKE(GRAHAM)

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TERRANCE REYNOLDS,

                Defendant.
_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

We would like to have the transcript of Butler [crossed out] Owens, Little Lopez, and Burcks for 2/20/20.

Foreperson: [signature]

Date: 2/19/20
Time: 3:16pm

***WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK*__

2/18/20  3:34.

We want to trace for today.
We want to return. 9:15 am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20953-CR-COOKE(GRAHAM)

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TERRANCE REYNOLDS,

                Defendant.
_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

Can we use the tv and dvd player to watch DVD's

9:28 a.m.

_____
Foreperson

Date: 2-19-20
Time: 10:28

*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20953-CR-COOKE(GRAHAM)

UNITED STATES OF AMERICA,

　　　　　　　　　　Plaintiff,

vs.

TERRANCE REYNOLDS,

　　　　　　　　　　Defendant.
_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

Can we use the tv and dvd player to watch DVD's

_____
Foreperson

Date: 2-19-20

Time: 10:28

**\*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK\***

set up
11:19 AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20953-CR-COOKE(GRAHAM)

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TERRANCE REYNOLDS,

                Defendant.
_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

We are unable to make a decision.

_____
Foreperson

Date: 2-19-20

Time: 1:49pm

***WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK*

2/19/20 We are leaving @ 3:30 today.
2/20/20 We will arrive @ 8:30 am.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-20953-CR-COOKE(GRAHAM)

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

TERRANCE REYNOLDS,

          Defendant.
_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

On the verdict form he can be found guilty w/out having bodily injury, but on page 17 there are 4 points to make some one guilty. This seems to be a contradiction. Can you please explain?

_____
Foreperson

Date: 2/20/20

Time: 2:56 pm

***WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK*_

2/20/20

We need to leave B the day and come back tomorrow by 9am.

4:16pm

2/21/20

We need to take a 15 break #

[sticky note:] 2/21/2020 @ 11:30 am

2/21/20    We have reached a verdict.
12:04p

~~Anne M~~