UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20953-CR-COOKE<GRAHAM}

UNITED STATES OF AMERICA

vs.

TERRANCE REYNOLDS,

    Defendant.
_____/

# VERDICT

(1)   We, the Jury, unanimously find the Defendant, **TERRANCE REYNOLDS**, as to **Count One** of the Indictment:

    NOT GUILTY _____    GUILTY __✓__

(2)   We, the Jury, unanimously find the Defendant, **TERRANCE REYNOLDS**, as to **Count Two** of the Indictment:

    NOT GUILTY __✓__    GUILTY _____

(a)   If you find the Defendant not guilty of Count Two, please skip to paragraph (3) below. However, if you find the Defendant guilty as to Count Two, please now proceed to paragraphs 2(b) and 2(c) below.

(b)   We, the Jury, having found the Defendant, **TERRANCE REYNOLDS**, guilty of **Count Two,** further unanimously find that the Defendant used a dangerous weapon (place an X in the applicable box):

    YES []      NO [].

(c)  We, the Jury, having found the Defendant, **TERRANCE REYNOLDS,** guilty of **Count Two,** further unanimously find that the offense resulted in bodily injury to Andre Lopez (place an X in the applicable box):

YES [ ]              NO [ ]

(3)  We, the Jury, unanimously find the Defendant, **TERRANCE REYNOLDS,** as to **Count Three** of the Indictment:

NOT GUILTY ✓              GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 21 day of February 2020.

_____          _____
Foreperson's Signature                   Foreperson's Printed Name