UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 18-20953-CR-COOKE(GRAHAM)

Plaintiff,

vs.

**TERRANCE REYNOLDS,**

Defendant.
_____/   **ORDER ON SENTENCING**

**YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on **Tuesday, May 5, 2020** at **3:00p.m.** for imposition of sentence. On the scheduled date, report to the Wilkie D. Ferguson Jr., U.S. Courthouse, Courtroom 13-4, Thirteenth Floor, 400 North Miami Avenue, Miami, Florida 33128. You will receive no further notice.

If the above-named defendant has executed a bond, this notice advises the defendant that failure to appear as directed herein could result in being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, upon conviction.

**IT IS FURTHER ORDERED** that a **Pre-Sentence Investigation Report shall be completed. Defense Counsel shall report this date to the United States Probation Office, 9th Floor South, WILKIE D. FERGUSON, JR., U.S. COURTHOUSE, 400 North Miami Avenue for an interview and further instructions. Defendant(s) on bond shall also report this date with Defense Counsel.**

**IT IS FURTHER ORDERED** that the assigned Assistant US Attorney will immediately provide the US Probation Office the necessary information to prepare the Prosecution Section of the Pre-Sentence Report. **In addition, all counsel are reminded to comply with Administrative Order 95-02 and the Local Rules of this Court which relate to the sentencing phase of the case. (See L.R. 88.8).**

If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Courtroom Deputy shall be advised not later than five (5) days prior to the hearing.

All motions for Return of Property shall be filed not later than ten (10) days from the date of the plea or conviction. The Government shall respond not later than seven (7) days from receipt of the defendants motion. Untimely Motions for Return of Property can be deemed waived. **All property issues shall be resolved at or prior to sentencing.**

DONE AND ORDERED in open Court this 20th day of February, 2020.

*[signature]*

**DONALD L. GRAHAM**
United States District Judge

DEFENSE COUNSEL  Antonio Valiente, Esq.

G0VERNMENT COUNSEL  Brian Dobbins, Robert Senior,  AUSA

GUILTY PLEA    ( )          INTERPRETER:

TRIAL          ( X )        PRISONER NO

BOND           (X           DEFENDANT  REMANDED ( )